**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7585**

_____

WILLIAM HILL,

Petitioner - Appellant,

versus

JOYCE FRANCIS, Warden, Federal Correctional
Institution Gilmer; FEDERAL CORRECTIONAL
INSTITUTION, GILMER; BUREAU OF PRISONS, a/k/a
B.O.P., a/k/a Federal Bureau of Prisons;
DEPARTMENT OF JUSTICE, a/k/a Federal
Department of Justice, a/k/a United States
Department of Justice; OFFICE OF THE SOLICITOR
GENERAL OF THE UNITED STATES; ROBERTO
GONZALEZ, Attorney General of the United
States,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley, Chief
District Judge. (1:06-cv-00080-IMK)

_____

Submitted: December 14, 2006      Decided: December 22, 2006

_____

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Hill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Hill, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Hill v. Francis</u>, No. 1:06-cv-00080-IMK (N.D.W. Va. Aug. 29, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>